IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

IN RE: LILLIE ANTONIA WILLIAMS      *       Case No. 09-35334 PM

          Debtor(s).      *       Chapter 7

*   *   *   *   *   *   *   *   *   *   *   *   *

### MOTION TO RE-OPEN CASE WITHOUT FEE

NOW COMES the Debtor through counsel, Marc A. Ominsky, Esquire, and moves the court to *reopen case without fee* on the following grounds:

1. On December 29, 2009, Movant filed a voluntary petition under Chapter 7;

2. Movant successfully prosecuted the Chapter 7 to its natural conclusion and was granted a discharge on April 7, 2010;

3. While the bankruptcy was proceeding, Debtor filed a Motion for Redemption pursuant to 11 U.S.C. §722. See Document Number 20;

4. On April 21, 2010 Movant and Freedom Credit Union (Respondent Creditor with respect to the Redemption Motion) came to an agreement and executed a Consent Order.  Please see Exhibit filed under Document Number 27;

5. Before Movant filed the Consent Order, this Honorable Court filed its *Order Denying Motion to Redeem without Prejudice to renewal with the redemption figure to be calculated at retail value as required by §409(a)(2)*.  It is clear from this Court's direction that it was expected that Movant would "renew" her Motion for Redemption pursuant to §409(a)(2);

6. It was Movant's intent to file a Motion to Reconsider this Honorable Court's Order since both Movant and Respondent Creditor had consented to an order whereupon they agreed upon a definitive value for the collateral.

7. Before Movant had the opportunity to file the Motion to Reconsider the "Final Decree and Close Bankruptcy Case" was filed by the Court thereby closing the case.  It is clear that a mistake was made by the administration since closing of the case effectively prevents Movant from filing the Motion to Reconsider or a renewal of  redemption motion pursuant to this Honorable Court's own instructions.

8.      Since a mistake was made and it is clear that Movant was effectively prosecuting and continuing this instant case it would be inequitable for the Movant to be forced to pay additional fees in order to reopen the case and effectively continue an active case.

WHEREFORE, the Movant, respectfully requests that this Honorable Court order that the Movant's bankruptcy case be reopened by this Court without a fee in order to allow the Movant to file a Motion to Reconsider or, in the alternative, an amended Motion for Redemption.

Respectfully submitted,

Dated: April 27, 2010

/s/ Marc A. Ominsky, #13956
Marc A. Ominsky, Esq.
Sirody, Freiman & Feldman, P.C.
6301 Ivy Lane, #700
Greenbelt, MD 20770
(301) 220-1198
Counsel for the Debtor